IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC and TAG FOUNDATION,** § § § § § § § § § § | § § § § § § § § § § | **Civil Action No. 6:13-CV-608** <br><br> **JURY TRIAL DEMANDED** |
| *Plaintiffs*, | | |
| v. | | |
| **CISCO SYSTEMS, INC.,** | | |
| *Defendant*. | | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CISCO SYSTEMS, INC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Stragent, LLC and TAG Foundation, plaintiffs in the above-entitled and numbered civil action, file this notice of voluntary dismissal with prejudice of their claims against Defendant Cisco Systems, Inc., the only Defendant in this case. To date, Cisco Systems Inc. has not served either an answer to Plaintiffs' complaint or a motion for summary judgment.

Plaintiffs and Cisco Systems Inc. will each bear their own costs, expenses and legal fees.

Respectfully submitted,

_/s/ Eric M. Albritton_
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com

1

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Stragent, LLC
and TAG Foundation*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 11th day of November 2013.

_____
Eric M. Albritton